NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APELDYN CORPORATION,**
*Plaintiff-Appellant,*

v.

**AU OPTRONICS CORPORATION** AND
**AU OPTRONICS CORPORATION AMERICA,**
*Defendants-Appellees,*

AND

**CHI MEI OPTOELECTRONICS CORPORATION**
AND **CHI MEI OPTOELECTRONICS USA INC.,**
*Defendants-Appellees,*

AND

**SAMSUNG ELECTRONICS CO., LTD.** AND
**SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendants.*

---

2012-1172

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0568, Judge Sue L. Robinson.

---

## ON MOTION

_____

## ORDER

AU Optronics Corporation and AU Optronics Corporation America move without opposition for an extension of time until December 5, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 9 2012
_____          /s/ Jan Horbaly
          Date                Jan Horbaly
                              Clerk

cc:  Scott G. Seidman, Esq.
     Donald R. McPhail, Esq.
     Terrence D. Garnett, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 9 2012

JAN HORBALY
CLERK